```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 05-___-KPN
)
WAYNE RICHARD LEDBETTER, )
        Defendant.       )

<u>Motion for Detention Hearing</u>

The United States moves for pretrial detention of defendant, pursuant to 18 U.S.C. § 3142(e) and (F).

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because it involves (check all that apply):

   \_\_\_\_\_ Crime of violence (18 U.S.C. § 3156)

   \_\_\_\_\_ Maximum sentence of life imprisonment or death

   \_\_\_\_\_ 10 plus years drug offense

   \_\_\_\_\_ Felony, with two prior convictions in above categories

   __X__ Serious risk defendant will flee

   \_\_\_\_\_ Serious risk of obstruction of justice

2. <u>Reason for Detention</u>. The Court should detain defendant because there are no conditions of release which reasonably will assure (check on or both):

   __X__ Defendant's appearance as required

   __X__ Safety of any other person and the community

3. <u>Rebuttable Presumption</u>

The United State (~~will~~, will not) invoke the rebuttable presumption against defendant pursuant to 18 U.S.C. § 3142(e). If "yes," the presumption applies because (check one or both):

\_\_\_\_\_ Probable cause to believe defendant committed 10 plus year drug offense or firearms offense, 18 U.S.C. § 924(c)

\_\_\_\_\_ Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time for Detention Hearing</u>.  The United States requests that the Court conduct the detention hearing,

\_\_\_\_\_ At first appearance

__X__ After continuance of __1__ day (not more than 3)

5. <u>Witnesses</u>.  The United States intends to call the following witnesses:

Proffer of Assistant U.S. Attorney.

The amount of time for direct examination of these witnesses is estimated to be:   one-half hour.

6. <u>Other Matters</u>.

_____

_____

_____

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: /s/ Kevin O'Regan
Kevin O'Regan
Assistant U.S. Attorney

Dated: February 2, 2005