AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ MASSACHUSETTS _____

**APPEARANCE**

Case Number: 05mj608-KPN

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Wayne Richard Ledbetter

Date: 2/04/05

Signature: _[signature]_

Print Name: Alan Black

Address: 1383 Main St

City: Springfield   State: MA   Zip Code: 01103

Phone Number: (413) 732-5381